IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| AARON JAMES HOWES, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 1:23-cv-00023 |
| | ) | |
| v. | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE HOLMES |
| JAMIE BRAGG, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 44) recommending Defendant Jamie Bragg's Motion for Summary Judgment (Doc. No. 38) be granted and this case be dismissed. The Report and Recommendation advised the parties that objections to the Magistrate Judge's Report and Recommendation were to be filed within fourteen days of service. (Doc. No. 44 at 11-12). Plaintiff did not respond to Defendant's Motion for Summary judgment or file objections to the Report and Recommendation.

The Court has reviewed the Report and Recommendation (Doc. No. 44) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, the Defendant Jamie Bragg's Motion for Summary Judgment (Doc. No. 38) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**.

This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE